# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

June 7, 2024

CL-2023-0412

Jeremy S. Mitchem v. State of Alabama ex rel. Robert Broussard, District Attorney for the Twenty-Third Judicial Circuit (Appeal from Madison Circuit Court:  CV-20-901674).

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Hanson, Fridy, and Lewis, JJ., concur.

Edwards, J., dissents, without opinion.

Nathan P. Wilson, Clerk